B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cha-Cha-Cha, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Bova Ristorante; FDBA Mario's Tuscan Grill** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-0467825** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1450 North Federal Highway<br>Boca Raton, FL**<br>ZIP Code **33432** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1901 N Military Trail<br>Boca Raton, FL**<br>ZIP Code **33431** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

|  | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
|  | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cha-Cha-Cha, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Cha-Cha-Cha, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert C. Furr**
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**

_____
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**April  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Bova**
Signature of Authorized Individual

**Anthony Bova**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April  7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Cha-Cha-Cha, Inc.** _____,    Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Anthony and Laurie Bova**<br>**Southern District of Florida** | **officers and shareholders** | |
| **TB22 Mario's Inc**<br>**Southern District Florida** | **related entity** | |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Cha-Cha-Cha, Inc.**                                     ,        Case No. _____

                                                   Debtor        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 69,525.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 11 | | 3,191,848.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 119,224.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,545,326.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 69,525.00 | | |
| Total Liabilities | | | | 4,856,399.81 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re     **Cha-Cha-Cha, Inc.** _____,

                                             Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Cha-Cha-Cha, Inc.**                                                          ,                Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Cha-Cha-Cha, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Gibraltar Bank business checking acct #xxxx8809 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | City of Boca Raton Water  Acct #2000580 and 51902 | - | 4,200.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       4,200.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                       ,    Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Casa Casuarina LLC, Peter Lofton 1116 Ocean Drive, Miami Beach, (Versace mansion restaurant) wines, liquor, tables, chairs, , bar, silverware, glassware, china, marble coffee tables, Votives delivered to Casa Casuarina on 10-27/09 & 10/29/09 for special event.  Never returned to debtor** | - | 45,325.00 |
| | | **Loan Receivable TLKRJ - $150,000- not collectible** | - | 0.00 |
| | | **Loan Receivable TB22 Mario's Inc (Bova Cucina) - filed Chapter 7 bankruptcy -$479,317.53** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      45,325.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**                                              ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License #BEV6010575 4 COP SRX, subject to lien** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Casa Casuarina LLC, 1116 Ocean Drive, Miami Beach :  liquor, wine, glassware, silverware, chairs, tables, bar, couch corners, marble coffee table, Voltives, delivered to Casa Casuarina on 10/27/09 and 10/29/09 for special wedding event.  Never returned to debtor.** | - | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**
_____,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **see attached - 5 years old (all subject to lien)  (This is debtor's best estimate of value.  Trustee should have equipment evaluated by auctioneer.  Administrative rent to the landlord will be incurred while the equipment remains on premises of debtor of $20,000 per month** | **-** | **20,000.00** |
| 30.  Inventory. | **X** | | | |
| 31.  Animals. | **X** | | | |
| 32.  Crops - growing or harvested. Give particulars. | **X** | | | |
| 33.  Farming equipment and implements. | **X** | | | |
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

Sub-Total >       **20,000.00**
(Total of this page)
Total >       **69,525.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| DESCRIPTION | AGE | YEAR PUR. | TAXPAYER'S EST. OF FMV |
|---|---|---|---|
| BAR STOOLS | 4 | 2005 | |
| RESTAURANT FURNITURE & EQUIP | 2 | 2007 | |
| AUDIO.VIDEO SYSTEM | 2 | 2007 | |
| ~~RESTAURANT OPERATION INVENTO~~ | ~~4~~ | ~~2005~~ | |
| GLASS DOOR | 4 | 2005 | |
| CANOPY | 4 | 2005 | |
| SHELF | 4 | 2005 | |
| ~~RESTAURANT OPERATING INVENTO~~ | ~~4~~ | ~~2005~~ | |
| FRAME | 4 | 2005 | |
| 1 TABLE | 4 | 2005 | |
| USED REFURBISHED CHAIRS | 4 | 2005 | |
| FRAME | 4 | 2005 | |
| CABINETRY | 4 | 2005 | |
| ~~RESTAURANT OPERATING INVENTO~~ | ~~4~~ | ~~2005~~ | |
| ~~RESTAURANT OPERATING INVENTO~~ | ~~4~~ | ~~2005~~ | |
| CABINETRY | 4 | 2005 | |
| ~~RESTAURANT OPERATING INVENTO~~ | ~~4~~ | ~~2005~~ | |
| FIRE EXTINGUISHER (11) | 4 | 2005 | |
| ~~RESTAURANT OPERATING INVENTOR~~ | ~~4~~ | ~~2005~~ | |
| CHANDALIER | 4 | 2005 | |
| USED CHAIRS (145) | 4 | 2005 | |
| TABLE TOP MARBLE (3) | 4 | 2005 | |
| ~~PIZZA PREP TABLE (1)~~ | ~~4~~ | ~~2005~~ | |
| ~~RESTAURANT OPERATING INVENTO~~ | ~~4~~ | ~~2005~~ | |
| USED PASTA COOKERS | 4 | 2005 | |
| USED REACH-IN FRIG. | 4 | 2005 | |
| ~~ELECTRONIC PRICING DEVISE~~ | ~~4~~ | ~~2005~~ | |
| KITCHEN VENTILATION SYSTEM | 4 | 2005 | |
| FRAME | 4 | 2005 | |
| LIGHT FIXTURES | 4 | 2005 | |
| PIANO | 4 | 2005 | |
| BAR STOOLS (27) | 4 | 2005 | |
| HIGH BACK SOFA | 4 | 2005 | |
| CHAIRS | 4 | 2005 | |
| SIDE TABLES (4) | 4 | 2005 | |
| ARM CHAIRS (13) | 4 | 2005 | |
| DRAPERY | 4 | 2005 | |
| CHAIRS AT ROUND TABLE | 4 | 2005 | |
| CHAIRS AT SQUARE TABLE | 4 | 2005 | |
| LOUNGE SOFA | 4 | 2005 | |
| USED SIDE CHAIRS | 4 | 2005 | |
| MIRRORS | 4 | 2005 | |





# 29

CHA-CHA-CHA, INC. D/B/A BOVA RISTORANTE

| | | |
|---|---|---|
| GLASS DOOR | 4 | 2005 |
| CURVED BENCH | 4 | 2005 |
| BOOTH IN DINING ROOM | 4 | 2005 |
| LOUNGE CHAIRS | 4 | 2005 |
| OAK TABLE | 4 | 2005 |
| DESIGN FEE | 4 | 2005 |
| BOOTH | 4 | 2005 |
| USED FREEZER | 4 | 2005 |
| TRAYS | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | 2005 |
| ~~RESTAURANT~~ OPERATING INVENTO | 4 | 2005 |
| TABLE | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | ~~2005~~ |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | ~~2005~~ |
| TELEPHONE SYSTEM | 4 | 2005 |
| ~~RESTAURANT OPERATING INVENTO~~ | 4 | ~~2005~~ |
| RESTAURANT EQUIPMENT/VEND LE | 4 | 2005 |
| ACM CUSTOM FABRICATIONS | 4 | 2005 |
| DISHWASHER | 3 | 2006 |
| RANGE | 3 | 2006 |
| FURNITURE | 2 | 2007 |
| POS COMPUTER SYSTEM | 3 | 2006 |
| PEPSI CANOPY, RACKS, HOOKS | 3 | 2006 |
| GENERATOR | 3 | 2006 |
| CANOPY | 3 | 2006 |
| ~~RESTAURANT OPERATION INVENT~~ | 4 | ~~2005~~ |
| OTTOMAN | 4 | 2005 |

#29

AUG-08-2007(WED) 12:31   MATHIAS FOODS        (FAX)352 365 2314        P. 002/004





FOODSERVICE EQUIPMENT COMPANY, INC.

AUG 8,2007                **INVOICE # BOEQUIPMENT**              Page  1 of 3
                                                                 BO80807

Project:                              To:
Cha Cha Cha INC                       Tony Bova
DBA Bova Ristorante                   Cha Cha Cha, INC
1450 N. Federal Highway               DBA Bova Ristorante
Boca Raton, FL 33432-0000             1450 N. Federal Highway
                                      Boca Raton, FL 33432

From: Cindy McKee-Wilson

| Item | Qty | Description | Sell Each | Sell Total |
|---|---|---|---|---|
| 1 | 2 ea | PIZZA PREP TABLE | 4,252.00 | 8,504.00 |
| | | True Food Service Equipment, Inc Model No. TPP-67D-2 | | |
| | | Pizza Prep, 20.6 cu.ft., 33-41°F pan rail, s/s cover, 19.5"D cutting board, s/s front, top & sides, (1) door, (2) drawers, accomodates (2) full 8"D pans (NOT included), white int'r w/300 s/s floor, 5" castors, front breathing, 1/3 HP, 115/60/1, NSF-7 | | |
| | 2 | Warranty - 5 year compressor (self-contained only) | | |
| | 2 | Warranty - 1 year parts and labor | | |
| | | Extended Total for Item No 1          8,504.00 | | |
| 2 | 1 ea | PIZZA PREP TABLE | 3,888.00 | 3,888.00 |
| | | True Food Service Equipment, Inc Model No. TPP-60D-2 | | |
| | | Pizza Prep, 15.9 cu.ft., 33-41°F pan rail, s/s cover, 19.5"D cutting board, s/s front, top & sides, (1) door, (2) drawers, accomodates (2) full 8"D pans (NOT included), white int'r w/300 s/s floor, 5" castors, front breathing, 1/3 HP, 115/60/1, NSF-7 | | |
| | 1 | Warranty - 5 year compressor (self-contained only) | | |
| | 1 | Warranty - 1 year parts and labor | | |
| | | Extended Total for Item No 2          3,888.00 | | |
| 3 | 3 ea | DOOR HINGE W/SPRING KIT | 77.05 | 231.15 |
| | | American Panel Corporation Model No. 9C1241A | | |
| | | right door hinge with spring kit | | |
| 4 | 3 ea | DOOR HINGE W/SPRING KIT | 77.05 | 231.15 |
| | | American Panel Corporation Model No. 9C1246A | | |
| | | left door hinge with spring kit | | |

**Mathias Food Service**

#29

AUG 8,2007                          **Cha Cha Cha INC**                      Page  2 of 3
                                                                                BO80807

| Item | Qty | Description | Sell Each | Sell Total |
|---|---|---|---|---|
| 5 | 3 ea | DOOR HINGE W/SPRING KIT<br>American Panel Corporation Model No. 9C1241A<br>right door hinge with spring kit | 77.05 | 231.15 |
| 6 | 3 ea | DOOR HINGE W/SPRING KIT<br>American Panel Corporation Model No. 9C1246A<br>left door hinge with spring kit | 77.05 | 231.15 |
| 7 | 1 ea | RANGE, RESTAURANT, GAS, 36"<br>Saturn Equipment Model No. 500-RR-6<br>Range, 36" Restaurant, Gas, (6) 26,000 BTU open burners<br>w/matte black porcelain top grates & burner heads, standard oven<br>w/(1) rack, s/s front, sides, backriser, high shelf and 6" legs, 3/4"<br>rear gas connection w/regulator, 191,000 BTU | 1,725.00 | 1,725.00 |
| | 1 | Gas type to be specified | | |
| | 1 | 1 year limited parts & labor warranty, std. | | |
| | 1 ea | CASTERS RR4 Casters (set of 4) | 76.00 | 76.00 |
| | | Extended Total for Item No 7          1,801.00 | | |
| 8 | 1 ea | SAFETY SYSTEM MOVEABLE GAS CONNECTOR<br>Dormont Manufacturing Model No. 1675KITCFS48<br>Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48"<br>long, covered with stainless steel braid, coated with blue<br>antimicrobial PVC, 1 Safety Quik QDV, 1 SwivelMAX™, and<br>coiled restraining cable with hardware, limited lifetime warranty | 188.00 | 188.00 |
| 9 | 1 ea | MIXER/SLICER STAND<br>New Age Model No. 98000<br>Slicer/Mixer Stand, w/outrigger channels, creates up to 6-1/2"<br>additional square feet, hold (24) 13" x 18" or (12) 18" x 26" pans<br>by the lip, 5" casters 2 w/brakes | 428.00 | 428.00 |
| | 1 | 5 year construction warranty, std. | | |
| | 1 | PB Perimeter bumper, non-marking gray rubber strip, adds 2" to<br>length & width | 85.00 | 85.00 |
| | | Extended Total for Item No 9          513.00 | | |
| 10 | 1 ea | CHARBROILER<br>Wood Stone Corp. Model No. WS-SFB-45<br>Mt. Saint Helens Charbroiler, solid-fuel, 45"w, (7) 6" x 24" cast iron<br>grates on s/s frame, "heat-sink" style fire box cast from dense<br>high-temp. ceramic, insulated, s/s exterior | 6,405.00 | 6,405.00 |
| | | A 2,000 LB FORKLIFT AT JOB SITE FOR UNLOADING IS<br>REQUIRED - BY OTHERS | | |
| | 1 ea | 000-401-45 45" CB shelf w/utensil rail, stainless steel | 366.00 | 366.00 |
| | 1 ea | 000-403-45 Heat shield for 45" charbroiler | 470.00 | 470.00 |
| | | Extended Total for Item No 10          7,241.00 | | |

**Mathias Food Service**

#29.

AUG 8,2007                          **Cha Cha Cha INC**                          Page  3 of 3
                                                                                 BO80807

| tem | Qty | Description |  | Sell Each | Sell Total |
|-----|-----|-------------|--|-----------|------------|

|  | Total | 23,059.60 |
|--|-------|-----------|
|  | Freight | 445.16 |
|  | SubTotal | 23,504.76 |
|  | Sales Tax | 1,433.58 |
|  | Grand Total | 24,938.34 |

CONDITIONS OF SALE:

50% deposit, balance five days prior to delivery.

Quotation includes non-union representatives of Mathias receiving, delivering and setting equipment in place during normal business hours (9am – 5pm). Daily trash removal to owner supplied receptacle.

Quotation does not include any expense by reason of labor or materials for plumbing, electrical, roof penetration(s), permits, refrigeration, ventilation, fire suppression or other connections for final connections. Where applicable the removal and disposal of existing equipment is the owners responsibility prior to delivery of replacement equipment.

In the event of a delivery delay, Mathias will store equipment at no charge for (10) ten days. Thereafter, storage fee is ten dollars per day. In addition, account balance is due, less installation. Installation fee is due at time of delivery.

Quotation is firm for (30) thirty days.

All items are FOB factory.

Mathias Foodservice Equipment Company, Inc.

By: _____

**Mathias Food Service**

#29

08/08/2007   07:34      5615866166                    JMB REPAIR                              PAGE    02

# J.M.B. Repairs Inc.

2105 7th Avenue, North
Lake Worth, FL 33461
USA

Voice   561-585-0510
Fax     561-586-6166

# INVOICE

Invoice Number: 78356
Invoice Date:    Jun 21, 2007
Page:            1
*Duplicate*

**Bill To:**

CHA CHA CHA INC
DBA BOVA RISTORANTE
1450 N. FEDERAL HIGHWAY
BOCA RATON, FL 33432
USA

**Ship to:**

CHA CHA CHA INC
DBA BOVA RISTORANTE
1450 N FEDERAL HIGHWAY
BOCA RATON, FL 33432

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BOVA | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 7/21/07 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | PARTS | WOLF FB18-531 SN 48-1502546 | 2,475.00 | 2,475.00 |
| 1.00 | PARTS | PITCO PG14D-HH SN G07DA012497 | 4,861.00 | 4,861.00 |
| 1.00 | PARTS | PLUMBING MATERIAL FOR INSTALL | 400.00 | 400.00 |
| 1.00 | FREIGHT | INCOMING FREIGHT | 525.00 | 525.00 |
| 1.00 | LABOR | REMOVE MONTAGUE SET TO STORAGE. RECEIVE, DELIVER, UNCRATE, SET IN PLACE PITCO AND WOLF. LEVEL BOTH UNITS. CONNECT WOLF TO EXISTING COMMANDER. LEAK TEST. | | |
| 1.00 | LABOR | CONNECT PITCO TO EXISTING GAS SUPPLY. MODIFY WATER SUPPLY AND CONNECT WITH SS HOSE. SET IN PLACE PIPE DRAIN TO FLOOR. SET TO FACTORY SPEC. | 1,020.00 | 1,020.00 |

| | Amount |
|---|---|
| Subtotal | 9,281.00 |
| Sales Tax | 603.27 |
| Total Invoice Amount | 9,884.27 |
| Payment/Credit Applied | |
| **TOTAL** | 9,884.27 |

Check/Credit Memo No

# 29

B6D (Official Form 6D) (12/07)

In re __**Cha-Cha-Cha, Inc.**_____,          Case No. _____

    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx7093**<br><br>**Dept. of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | | - | | **1/13/2010**<br><br>**tax warrent Chapter 12 F.S.**<br><br>Value $              0.00 | | | | 11,261.36 | 11,261.36 |
| Account No.<br><br>**First Funds LLC**<br>**240 W 35 St, 14th Floor**<br>**New York, NY 10001** | X | - | | **5/14/08**<br><br>**UCC-1 #200808322824**<br><br>**cash advance future credit crd receivables**<br><br>Value $              0.00 | | | X | 145,760.00 | 145,760.00 |
| Account No.<br><br>**Patrick Bova**<br>**Route 4 Box 415**<br>**Industrial park**<br>**Soperton, GA 30457** | | - | | **6/1/2006**<br><br>**commercial business premises lease**<br><br>**1450 N Federal Highway, Boca Raton, FL**<br><br>Value $              0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**U.S. Bancorp**<br>**PO Box 580337**<br>**Minneapolis, MN 55458-0337** | | - | | **10/17/06**<br>**UCC-1 #20060391679X**<br>**Gas Range, Model V136-5; 14 patio tables; 40 patio chairs; Microsoft Windows XP, 15" Infrared Terminal, #TER-POS-TP8015R8NOS-LR; #MSR-PCS-SD1008002,**<br><br>Value $              0.00 | | | | 0.00 | 0.00 |

__1___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 157,021.36 | 157,021.36 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Cha-Cha-Cha, Inc._____ ,          Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx/xxxx2122** <br><br> **US Bank- fka American Equip Finance Manifest Funding Services PO box 790448 Saint Louis, MO 63179-0448** | X | - | equipment lease <br><br> **Pinnacle Hospitality System,** <br><br><br> Value $      0.00 | | | | 12,293.22 | 12,293.22 |
| Account No. <br><br> **WAWW, LLC c/o Allison W. Lehr Esq Asst U.S. Attorney 99 NE 4 St Miami, FL 33132-2111** | X | - | 4/6/2009 <br> UCC-1 #200900309537 <br><br> **all right, title & interest in debtor, accounts, inventory, equipment, fixtures, refunds, business records, goodwill, intangible property** <br> Value $      0.00 | | | | 500,000.00 | 500,000.00 |
| Account No. <br><br> **WAWW, LLC c/o Allison W Lehr Esq Asst U.S. Attorney 99 NE 4 St Miami, FL 33132-2111** | X | - | 8/11/08 <br> UCC-1 #200808924190 <br><br> **personal property, accounts, inventory, equip, chattel papers, docs, instruments, deposit accts, Letter of Credit Rights, intangibles** <br> Value $      0.00 | | | | 2,500,000.00 | 2,500,000.00 |
| Account No. <br><br> **Wells Fargo Equipment Leasing 365 W Passaic St Rochelle Park, NJ 07662** | | - | 8/25/05 <br> UCC-1 #200500520796 <br><br> **POS System digital video recorder, GP530 camera, GCl599 camera, POS, equipment listed on lease** <br> Value $      0.00 | | | | 11,267.00 | 11,267.00 |
| Account No. **xxxxxxxxx1-001** <br><br> **Wells Fargo Financial 365 West Passaic St Rochelle Park, NJ 07662** | X | - | 8/15/06 <br> UCC-1 #200603425168 <br><br> **POS Equipment Lease,** <br><br> Value $      0.00 | | | | 11,267.00 | 11,267.00 |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 3,034,827.22 | 3,034,827.22 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,191,848.58 | 3,191,848.58 |

 FLORIDA SECURED TRANSACTION REGISTRY



## Search Results Detail

Detail Record For: 20060391679X

| PREVIOUS | | RETURN TO LIST | | NEXT |
|---|---|---|---|---|

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|---|---|---|---|---|
| FILED | 10/17/2006 | 10/17/2011 | 10/30/2009 | 20060391679X |

Filing Events                                                                    Events Filed: 0

Secured Parties                                                      Current Secured Parties: 1
**Name & Address**
US BANCORP
PO BOX 580337 MINNEAPOLIS MN 55458-0337

Debtor Parties                                                        Current Debtor Parties: 1
**Name & Address**
CHA-CHA-CHA, INC.
1450 N FEDERAL HWY BOCA RATON FL 33432

Document Images                                              Pages in all forms/attachments: 5

| Document Number | Type | Filing Date | Pages |
|---|---|---|---|
| 20060391679X | UCC1 | 10/17/2006 | 5 |

Schedule    D

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**      15746 US BANK-MANIFE

UCC Direct Services        9471224
P.O. Box 29071
Glendale, CA 91209-9071       FLFL

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2006 Oct 17 AM 12:00
****** 20060391679X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CHA-CHA-CHA, INC. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1450 N FEDERAL HWY | BOCA RATON | FL | 33432 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | FL | P94000005030  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| US BANCORP | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 580337 | Minneapolis | MN | 55458-0337 | |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE ATTACHED SCHEDULE A

**5. ALTERNATIVE DESIGNATION [if applicable]** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

☑ Documentary stamp tax paid   ☐ Documentary stamp tax not applicable

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
9471224                    660115                    6160002114

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)        Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA  91209-9071  Tel (800) 331-3282

Schedule D

| QTY | DESCRIPTION | MODEL NO. | SERIAL NO. |
|-----|-------------|-----------|------------|

Vendor: Mathias Food Service, 1608 West State Road 44, Leesburg FL 34748

1 ea HEAVY DUTY RANGE, GAS, 36"
   Montague Company Model No. V136-5
   Legend, 36" Heavy Duty Range, Gas, (6) 12" 30,000 BTU Open
   Burners, 1-1/4" front manifold, convection oven base, s/s front &
   4" flue riser, black sides, 6" high adj. s/s legs, 165,000 BTU

1    Gas type to be specified
1    120v/60/1ph, std.
1    3/4" Left rear manifold with pressure regulator (up to 320,000
     BTU/hr)
1    30,000 BTU/hr burners
1    Gas type to be specified
1    120v/60/1ph, std.
1    Casters w/5" wheel 6" OA (set of 4)

S\n: D-57753A

1 ea GAS CONNECTOR KIT
   Dormont Manufacturing Model No. 1675KITBS48PS
   Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48"
   long, covered with stainless steel braid, coated with blue
   antimicrobial PVC, 1 SwivelMAX™, 1 brass two-way Quick
   Disconnect coupling, 1 full port valve, (2) 90° elbows, 1 set
   Posi-Set™ with hardware and coiled restraining cable with
   hardware

Schedule D

| QTY | DESCRIPTION | MODEL NO. | SERIAL NO. |
|-----|-------------|-----------|------------|

Vendor:  Michael Brosche' Associates, Inc., 1200 A East Atlantic Avenue, Delray Beach FL 33483.

(14)     Patio Tables

(40)     Patio Chairs

Schedule P

| QTY | DESCRIPTION | MODEL NO. | SERIAL NO. |
|---|---|---|---|

Vendor: Pinnacle Hospitality Systems, 2001 W. Cypress Creek Rd., #103, Ft. Lauderdale FL 33309

| 1.00 | SOF-RDC-TERMSOFTWA | POSitouch Terminal Software, Key Upgrade |
| 1 | SOF-MIC-XP PRO FULL VERSION | Microsoft Windows XP Professional Full Version With SP2 |
| 1 | TER-POS-TP8015 W/MSR | Posiflex 15 Inch Infrared Terminal Bundled With MSR |

Serial Number: TP5C2579

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| TER-POS-TP8015NOS-LX | Posiflex Jiva 8015- 15 Inch Infrared Touch 512MB No Operating System | 1 |
| MSR-POS-SD1000002 | Posiflex Mag Strip Reader- 2 In 1 Attachment With 2 Track | 1 |

| 1 | PIN-TERMINAL PARTS KIT | Terminal Parts Kit |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| CBL-LAN-10BT-5FT | 5 Foot Patch Cable Black | 1.00 |
| CBL-LAN-10BT-3FT | 3 Foot Patch Cable Black | 1.00 |
| CBL-LAN-10BT-2FT | 2 Foot Patch Cable Black | 1.00 |
| PAR-CUS-LG/TIE | Tie Wraps 7' Large | 10.00 |
| PAR-CUS-SM/TIE | Tie Wraps 4" Small | 4.00 |
| LBL-RDC-POSLABEL | POStouch Brown Labels | 1.00 |
| CON-CUS-DB9F/RJ45/DM9X2 | Modular Adapter – RJ45/DB9F Black | 1.00 |
| CON-CUS-DG25M/RJ45/DM9X3 | Modular Adapter – Print Connect DB25M/RJ45 Black | 1.00 |

| 1 | PRI-EPS-TMT88III-083 | Epson TM-T88 IV POS Printer Gray |

Serial Number: J5VG002878

| 1 | PIN-PREP PRNTR KIT | Epson Printer Parts Kit |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| PAR-CUS-LG/TIE | Tie Wraps 7' Large | 5.00 |
| CON-CUS-DB25M/RJ45/DM9X3 | Modular Adapter – Print Connect DB25M/RJ45 Black | 1.00 |
| CON-CUS-DB9F/RJ45/DM9X2 | Modular Adapter – RJ45/DB9F Black | 1.00 |
| CBL-ZTI-10BTB-7FT | 7 Foot Patch Cable Black | 1.00 |
| CBL-LAN-10BT-5FT | 5 Foot Patch Cable Black | 1.00 |

This Equipment Schedule "A" is hereby verified as correct by the undersigned Lessee, who acknowledges receipt of a copy.

Lessee:    Che-Cha-Cha, Inc. dba Bova Ristorante

Schedule D

| QTY | DESCRIPTION | MODEL NO. | SERIAL NO. |
|-----|-------------|-----------|------------|

Vendor: Pinnacle Hospitality Systems, 2001 W. Cypress Creek Rd., #103, Ft. Lauderdale FL 33309

| 1 | HUB-DLIN-DDS-5+ | D-Link 5-Port 10/100 NWay Switch |
| 1 | DRA-ARC-CD-24V-EPSON-GRAY KIT | MMF Heritage Cash Drawer Black Epson 24V With Cable #1 Kit |

Each Assembly Includes

| Item ID | Description | Qty. |
|---------|-------------|------|
| DRA-ARC-CD-24V-EPSON-GRAY | MMF Cash Drawer - Black – For Epson 24V | 1 |
| CBL-MMF-226199EPSN1000 | MMF Full Size Drawer #1 Cable | 1.00 |

Schedule D

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)    11009 WELLS FARGO PA

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

9049085

FLFL

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2006 Aug 15 AM 12:00
****** 200603425168 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CHA-CHA-CHA INC. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1450 NORTH FEDERAL HWY. | BOCA RATON | FL | 33432 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | FL | P94000005030 ☐NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 365 WEST PASSAIC ST | ROCHELLE PARK | NJ | 07662 | |

4. THIS FINANCING STATEMENT covers the following collateral:

SEE SCHEDULE "A"

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| ☐ Documentary stamp tax paid | ☒ Documentary stamp tax not applicable |
|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
9049085                                006-0017611-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel. (800) 331-3282

Schedule P

Page _1_ of 1_

Lease #CC0705

ADDENDUM TO LEASE
LEASE DATED_____          SCHEDULE A

Equipment Location:                    County: PALM BEACH
1450 NORTH FEDERAL HWY. BOCA RATON, FL 33432
                                                          Serial Num.
Quantity   Description

| Quantity | Description |
|---|---|
| 1 | Posiflex relicense |
| 1 | Positouch software |
| 1 | Positouch inventory costing |
| 1 | Account club/delivery module |
| 1 | Positouch table status |
| 1 | PC anywhere |
| 1 | Positouch credit card auth. |
| 7 | Windows professional license |
| 1 | Front/back house training |
| 2 | Dell P4 poweredge |
| 2 | Dell operating systems  S/N# 5 4 S6P81 + 6321K81 |
| 2 | LCD 17" monitor  — S/N# ESH –52001063 |
| 1 | 4 Port KVM switch box |
| 3 | APC725 battery back up |
| 1 | Speakers |
| 2 | US Robotics modem |
| 1 | Dlink 8 port switch |
| 6 | 8 socket surge protector |
| 14 | 10 base T cable |
| 1 | 8 port DB9 RCS |
| 5 | Posiflex TP8015  S/N# TP552287 – TP552328  TP562732  TP571584    TP571580 |
| 1 | Mini keyboard |
| 4 | Posiflex wall mount plate |
| 5 | Epson TMT88  S/N# D6FG 344364  D6FG344355  D6FG344356  D6FG 344357  D6FG344379 |
| 1 | Cash drawer |
| 1 | Speakers |
| 10 | Magnetic cards with logo |
| 1 | Cabling |
| 1 | Digital video recorder  — S/N# 200510 24AB2043 |
| 4 | GCL599 bullet camera |
| 4 | GP530 camera  — S/N# 0506665008 |
| 1 | Electronic journal remote |
| 1 | Electronic journal module |
| 8 | 12V pigtail power cable |
| 1 | Indoor camera mounts |
| 1 | 8 cam power supply |
| 16 | BNC connectors |
| 2 | LCD 17" back office monitors  — S/N# 6DC121843H20037  6DC121843H20075 |
| 1000 | Siamese cables |

Lessee: Cha-Cha-Cha, Inc.

(X) _Anthony Bova_
Anthony Bova, President

_Schedule D_

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
CATHI LANGRIDGE

**B. SEND ACKNOWLEDGEMENT TO:**
Name  AMANO BUSINESS CREDIT

Address  2081 SE OCEAN BLVD. SUITE 2A

Address

City/State/Zip  STUART          FL      34996

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2005 Aug 25 AM 12:00
****** 200500520796 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME   CHA-CHA-CHA, INC. | | | |
|---|---|---|---|

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS   1450 N. FEDERAL HIGHWAY | CITY   BOCA RATON | STATE   FL | POSTAL CODE   33432 | COUNTRY   USA |
|---|---|---|---|---|

| 1d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION   FLORIDA PROFIT | 1f. JURISDICTION OF ORGANIZATION   FLORIDA | 1g. ORGANIZATIONAL ID#   P94000005030  NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#   NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME   WELLS FARGO EQUIPMENT LEASING | | | |
|---|---|---|---|

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS   365 W PASSAIC STREET | CITY   ROCHELLE PARK | STATE   NJ | POSTAL CODE   07662 | COUNTRY   USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Digital video recorder | 1 | Positlex relicense | 3 | APC725 battery back up |
| 4 | GCL599 bullet camera | 1 | Positouch software | 1 | Speakers |
| 4 | GP530 camera | 1 | Positouch inventory costing | 2 | US Robotics modem |
| 1 | Electronic journal remote | 1 | Account club/delivery module | 1 | Dlink 8 port switch |
| 1 | Electronic journal module | 1 | Positouch table status | 14 | 10 base T cable |
| 8 | 12V pigtail power cable | 1 | PC anywhere | 1 | 8 port DB9 RCS |
| 8 | Indoor camera mounts | 1 | Positouch credit card auth. | 5 | Posiflex TP8015 |
| 1 | 8 cam power supply | 7 | Windows professional license | 1 | Mini keyboard |
| 16 | BNC connectors | 1 | Front/back house training | 4 | Posiflex wall mount plate |
| 2 | LCD 17" back office monitors | 2 | Dell P4 poweredge | 5 | Epson TMT88 |
| 1000 | Siamese cables | 2 | Dell operating systems | 1 | Cash drawer |
| | | 1 | LCD 17" monitor | 1 | Speakers |
| | | 1 | 4 Port KVM switch box | 10 | Magnetic cards with logo |
| | | | | 1 | Cabling |

| **5. ALTERNATE DESIGNATION (if applicable)** | ● LESSEE/LESSOR | ○ CONSIGNEE/CONSIGNOR | ○ BAILEE/BAILOR |
|---|---|---|---|
| | ○ AG. LIEN | ○ NON-UCC FILING | ○ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

○ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

◉ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**  CC0705

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

Schedule D

B6E (Official Form 6E) (4/10)

In re  **Cha-Cha-Cha, Inc.**                                                                                                    Case No. _____

                                                                                    ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

    *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                              **2**   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Cha-Cha-Cha, Inc._____,     Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxxx3180 | | | | sales tax 12/31/1999 | | | | | 0.00 |
| Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668 | - | | | | | | | 11,194.08 | 11,194.08 |
| Account No. | | | | sales tax | | | | | 0.00 |
| Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668 | - | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | 0.00 |
| Internal Revenue Service POB 21126 Philadelphia, PA 19114 | - | | | | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxxxx0011 | | | | 2008 property taxes  1450 N Federal Hwy, Boca Raton | | | | | 0.00 |
| Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715 | - | | | | | | | 53,056.00 | 53,056.00 |
| Account No. xxxxxxxxxxxx0011 | | | | 2009 property taxes - 1450 N Federal Hwy, Boca Raton | | | | | 0.00 |
| Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715 | - | | | | | | | 46,569.00 | 46,569.00 |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 110,819.08 | 110,819.08 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Cha-Cha-Cha, Inc.** _____ ,  Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **xx2590** | | | | **2009** | | | | | | |
| **Palm Beach County Tax Collector** **P.O. Box 3715** **West Palm Beach, FL 33402-3715** | - | | | | | | | 8,405.44 | 0.00 8,405.44 | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 8,405.44 | 0.00 8,405.44 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 119,224.52 | 0.00 119,224.52 |

B6F (Official Form 6F) (12/07)

In re    **Cha-Cha-Cha, Inc.**                                   ,    Case No. _____
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alfred Bova** <br>**112 County Club Rd** <br>**Avon, CT 06001** | X | - | promissory note | | | | 100,000.00 |
| Account No. <br><br>**All Clear Technologies** <br>**2300 Glades Rd #360W** <br>**Boca Raton, FL 33431** | | - | 8/2009 | | | | 375.00 |
| Account No. <br><br>**All On Stage Productions** <br>**c/o Tim A Shane Esq** <br>**621 NW 53 ST #420** <br>**Boca Raton, FL 33487** | | - | 12/2009 | | | | 4,850.00 |
| Account No. xxxxxx2133 <br><br>**American Equipment Finance** <br>**1450 Channel Pkwy** <br>**Marshall, MN 56258** | | - | | | | | 0.00 |

   **21**  continuation sheets attached

|  | Subtotal (Total of this page) | 105,225.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cha-Cha-Cha, Inc.** ,                                        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxxxx-x2005** | | | credit card | | | | | |
| **American Express** **PO Box 360001** **Fort Lauderdale, FL 33336-0005** | X | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxx-xxxxxx-x1009** | | | credit card | | | | | |
| **American Express** **PO Box 360001** **Fort Lauderdale, FL 33336-0007** | X | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | 8/2009 | | | | | |
| **Angelo Castricone** **5620 Coach House Cir** **Boca Raton, FL 33486** | | - | | | | | | |
| | | | | | | | | 600.00 |
| Account No. | | | | | | | | |
| **Anthony Bova** **3320 St CharlesCir** **Boca Raton, FL 33434** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxx87AS** | | | | | | | | |
| **ASCAP-RMS** **1250 E Diehl Rd #300** **PO Box 3099** **Naperville, IL 60563** | | - | | | | | | |
| | | | | | | | | 884.46 |

Sheet no. _**1**___ of _**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,484.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**
_____,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxxx0459** | | | | | | | | |
| **AT&T 0459 PO 105262 Atlanta, GA 30348-5262** | - | | | | | | | 69.09 |
| Account No. **xxxxxxxxxxxxx0453** | | | | | | | | |
| **AT&T Business Services PO Box 105262 Atlanta, GA 30348-5262** | - | | | | | | | 1,533.66 |
| Account No. | | | | 6/2009 | | | | |
| **Atlantic Coast Fire Equipment 3123 NW 73 St #B Miami, FL 33147** | - | | | | | | | 750.17 |
| Account No. **xxxxxxxxxxx #xx8440** | | | | 6/09 - 12 09 16143X661291 PKG388440 maintenance agreement for phone system | | | | |
| **Avaya Financial Services PO Box 465 Livingston, NJ 07039** | - | | | | | | | 657.41 |
| Account No. | | | | | | | | |
| **Bange Roofing 3694 23rd Ave #6 Lake Worth, FL 33461** | - | | | | | X | | 0.00 |

Sheet no. __**2**___ of __**21**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,010.33 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxx2585** <br><br> **Bank of America** <br> **PO Box 660576** <br> **Dallas, TX 75266-0576** | X | - | | **5/12/2006** <br> **business loan, guaranteed by SBA** | X | | | **50,795.00** |
| Account No. **xxxxx1680** <br><br> **Bell South Advertising** <br> **PO Box 105024** <br> **Atlanta, GA 30348-5024** | | - | | **2007 & 2008** <br> **advertising** | | | | **1,079.59** |
| Account No. **8157** <br><br> **Berenfeld Spritzer Shecter Sheer** <br> **2525 Ponce De Leon Blvd** <br> **Miami, FL 33134** | | - | | **2009** <br> **accounting fees** | | | | **3,100.00** |
| Account No. **579** <br><br> **Boca Raton Decorating** <br> **2363 N Federal Hwy** <br> **Boca Raton, FL 33431** | | - | | **9/2009** | | | | **17.89** |
| Account No. <br><br> **Boca Raton Police Dept** <br> **c/o Officer David Skrabec** <br> **100 NW 2 Ave** <br> **Boca Raton, FL 33432** | | - | | **April - July 2009** | | | | **430.00** |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,422.48**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BOVRI, LLC** c/o Allison W. Lehr, Esq Asst U.S. Attorney 99 NE 4 Street Miami, FL 33132-2111 | - | | | X | X | X | **Unknown** |
| Account No. **Brown Distributing Company** 1300 Allendale Rd West Palm Beach, FL 33405 | - | | | X | | | **8,314.90** |
| Account No. **xxx2532** **CBS Outdoor** 185 US Highway 46 Fairfield, NJ 07004 | - | | 9/09 | | | | **8,250.00** |
| Account No. **Cheney Brothers Inc** One Cheney Way West Palm Beach, FL 33404 | - | | | | | | **0.00** |
| Account No. **2009** **Christmas Designers** 3124 NW 16 Terr Joe Campbell Pompano Beach, FL 33064 | - | | 2008 | | | | **1,462.51** |

Sheet no. __4__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **18,027.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**                                      ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx x5497** | | 9/09 | | | | | | | |
| Circle Generator Service P O Box 21002 Fort Lauderdale, FL 33335 | - | | | | | | | | 240.00 |
| Account No. **x1488** | | | | | | | | | |
| City of Boca Raton 201 W Palmetto Park Rd Boca Raton, FL 33432 | - | | | | | | | | 3,071.00 |
| Account No. **xxxxx-xxxxxxx & xxxxxx1902** | | | | | | | | | |
| City of Boca Raton-Utilities P O Box 533503 Atlanta, GA 30353-3503 | - | | | | | | | | 1,705.19 |
| Account No. | | | | | | | | | |
| Clovis Caribe 865 Rich Dr #107 Deerfield Beach, FL 33441 | - | | | | | | | | 1,500.00 |
| Account No. **xxx 7066** | | 7/2009 | | | | | | | |
| Concierge Choice 12790 NW 73 St Parkland, FL 33076 | - | | | | | | | | 258.00 |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,774.19

4/08/10 12:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                                      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x0956**<br><br>Cusanos Italian Bakery<br>217 NW 5 Ave<br>Hallandale, FL 33009 | - | | | | | | | 617.38 |
| Account No. **xx8383**<br><br>Dade Paper Co So Florida<br>PO Box 523666<br>Miami, FL 33152 | - | | | 2008 | | | | 2,243.64 |
| Account No. **570;xx4090**<br><br>Darling International<br>1360 Industrial Park Road<br>Mulberry, FL 33860 | - | | | 8/9 - 10/9 | | | | 160.00 |
| Account No.<br><br>Dell Financial Services<br>Payment Processing Ctr<br>P O Box 5292<br>Carol Stream, IL 60197-5292 | - | | | 2008 | | X | | Unknown |
| Account No. **xxxxx3749**<br><br>Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0038 | - | | | 11/09 | | | | 56.78 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        3,077.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 9/17/08 | | | | | |
| Domingo Barrera d/b/a Boca  Produce c/o Richard E. Tetamar Esq 823 E Hillsboro Blvd Deerfield Beach, FL 33441 | - | | | | | | | 17,220.00 |
| Account No. | | | 9/12/2008 final judgment | | | | | |
| Domingo Barrera d/b/a Boca Produce c/o Richard Retamar Esq 823 E Hillsboro Blvd Deerfield Beach, FL 33441 | - | | | | | | X | 17,220.00 |
| Account No. **xxxx8496** | | | | | | | | |
| Ecolab Inc Receivables Control Corp 7373 Kirkwood Ct #200 Osseo, MN 55369 | - | | | | | | | 836.80 |
| Account No. **xxxxxxxx-0001** | | | | | | | | |
| Ecolab Pest Elimination Receivables Control Corp 7372 Kirkwood Ct #200 Osseo, MN 55369 | - | | | | | | | 891.08 |
| Account No. **xxx5229** | | | | | | | | |
| Farmer Brothers Coffee PO Box 70819 Chicago, IL 60673-0819 | - | | | | | | | 1,095.60 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,263.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cha-Cha-Cha, Inc.**                                                                     ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | X | - | | 10/9/07 | | | | |
| **First Funds LLC** **240 W 35th St, 14th FL** **New York, NY 10001** | | | | | | | | 0.00 |
| Account No. **xxxx3343** | | - | | | | | | |
| **Florida Public Utilities** **PO Box 7005** **Marianna, FL 32447-7005** | | | | | | | | 1,937.65 |
| Account No. **x8765** | | - | | | | | | |
| **Florida's Finest Seafood Co** **3628 NW 16 St** **Fort Lauderdale, FL 33311** | | | | | | | | 12,408.28 |
| Account No. **xx7249** | | - | | | | | | |
| **Focus Four LLC** **dba Muzak of WPB** **PO Box 534558** **Atlanta, GA 30353-4588** | | | | | | | | 1,037.10 |
| Account No. | X | - | | | | X | X | |
| **Fresh Point** **2300 NW 19 St** **Miami Beach, FL 33139** | | | | | | | | 9,187.65 |

| | | |
|---|---|---|
| Sheet no. __8__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 24,570.68 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**GAB Group Affidavit ON Stage Productions Inc 61` NW 53 St #420 Boca Raton, FL 33487** | - | | | | | X | X | 0.00 |
| Account No. **x1180**<br><br>**Gourmet Foods Int'l GFI Pompano Beach 1100 NW 33 St Pompano Beach, FL 33064** | - | | | 7/09 | | | | 19.54 |
| Account No.<br><br>**Grand Cru Coffees LLC 3370 Hidden Bay Dr #3111 Miami, FL 33180** | - | | | 6/09 - 12/09 | | | | 1,325.70 |
| Account No. **xxxx4451**<br><br>**Greenspoon Marder, PA 100 W Cypress Creek Rd #700 Fort Lauderdale, FL 33309** | - | | | legal fees | | | | Unknown |
| Account No.<br><br>**Hood Depot Inc 13630 SW 32 Way Deerfield Beach, FL 33442-8110** | - | | | | | | | 0.00 |

Sheet no. __**9**___ of __**21**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,345.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                              ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 10/4/2004 | | | | | |
| IGT Services Inc 600 NE 36 St Miami, FL 33137 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. **xxx4442** | | | 8/09 | | | | | |
| Ikon Office Solutions PO Box 532530 Atlanta, GA 30353-2530 | | - | | | | | | |
| | | | | | | | | 120.27 |
| Account No. | | | 3/31/2007 settlement pending | | | | | |
| Jerry & Joe's Marketplace d/b/a Oceanside Produce Co Jonathan Berkowitz Esq PO Box 13146 North Palm Beach, FL 33408-7146 | X | - | | | | | | |
| | | | | | | | | 28,625.00 |
| Account No. | | | 2/9 | | | | | |
| Joe Hillman Plumbers 2280 SW 70 Ave #1-2 Fort Lauderdale, FL 33317 | | - | | | | | | |
| | | | | | | | | 653.89 |
| Account No. | | | 6/09 & 10/09 | | | | | |
| John Michalak 7782 Hoff Circle Lake Worth, FL 33467 | | - | | | | | | |
| | | | | | | | | 750.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,149.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cha-Cha-Cha, Inc.**                                                                    ,    Case No. _____
_____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Johnny Rameriz Productions 8570 NW 25 Ct Fort Lauderdale, FL 33322 | - | | | | | | | 6,575.00 |
| Account No. | | 2007 & 2008 | | | | | | |
| K & G Brothers 1604 NW 34 Terr Fort Lauderdale, FL 33311 | - | | | | | | | 6,877.33 |
| Account No. **xxxxxx000.2** | | 2007 & 2008 | | | | | | |
| Kimley Horn & Associates PO Box 932520 Atlanta, GA | - | | | | | | | 3,025.00 |
| Account No. | | | | | | | | |
| KIP Hunter Marketing LLC 401 East Las Olas Blvd #2270 Fort Lauderdale, FL 33301 | - | | | | | | | 0.00 |
| Account No. | | 2007 & 2008 | | | | | | |
| Les Fleurs D'Almir 464 E Palmetto Park Rd Boca Raton, FL 33432 | - | | | | | | | 2,072.52 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,549.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cha-Cha-Cha, Inc.**                                              ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/2009 | | | | |
| Light Bulbs Unlimited 2273 N Federal Hwy Boca Raton, FL 33431 | | - | | | | | | 196.97 |
| Account No. | X | - | | 1/15/07 promissory note | X | | | |
| Ludlow Traditions Inc 211 NW 5 Ave Boca Raton, FL 33432 | | | | | | | | 138,264.79 |
| Account No. xxxxxxx474B | | - | | 2006-2008 | | | | |
| Matteis & Christopher 29 SE 5 St Boca Raton, FL 33432 | | | | | | | | 10,245.00 |
| Account No. 90 | | - | | 7/2009 | | | | |
| Maximum Entertainment David John 12310 NW 25 St Pompano Beach, FL 33065 | | | | | | | | 250.00 |
| Account No. xx7249 | | - | | Commercial Service Group # 07720 | | | | |
| Muzak of West Palm Beach 1000 N Dixie Hwy #A 11603 Shelbyville Rd #3 West Palm Beach, FL 33401 | | | | | | | | 1,037.10 |

Sheet no. __12__ of __21__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)       149,993.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                            ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x0014** | | 2/2010 | | | | | | |
| Neotec Pest Elimination PO Box 7616 Jupiter, FL 33468 | - | | | | | | | 266.25 |
| Account No. **xx1703** | | 2008 | | | | | | |
| Nespresso Professional PO Box 2425 Carol Stream, IL 60132 | - | | | | | | | 1,475.80 |
| Account No. **xxxxx98-55** | | | | | | | | |
| Open Table-CST Co Collections CST Building PO Box 33127 Louisville, KY 40232-3127 | - | | | | | | | 939.55 |
| Account No. **xxxx6346** | | 8/09 | | | | | | |
| Panache - An Event Rental Co 2009 NW 25 Ave Pompano Beach, FL 33069 | - | | | | | | | 31.95 |
| Account No. **x8005** | | | | | | | | |
| Pinnacle Hospitality Serv 2001 W Cypress Creek Rd Fort Lauderdale, FL 33309 | - | | | | | | | 441.98 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,155.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Cha-Cha-Cha, Inc.**                                          ,          Case No. _____
_____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 | | | | |
| **Playboy Enterprises Publishing Div 2126 Paysphere Cir Chicago, IL 60674** | - | | | | | | **2,000.00** |
| Account No. **xxxxxxxx1161** | | | overdrawn account | | | | |
| **PNC Bank Customer Loan Center Mailstop P5PCLC02 R 2730 Liberty Ave Pittsburgh, PA 15222** | - | | | | | | **874.00** |
| Account No. **xxxxxxx5822** | | | business credit card formerly National City Bank | | | | |
| **PNC Bank fka National City PO Box 3429 Pittsburgh, PA 15230-3429** | X | - | | | | | **8,478.07** |
| Account No. **xxxxx1062** | | | line of credit / formerly National City Bank XXXXX1060 | | | | |
| **PNC Bank/National City Bank PO Box 4068 Kalamazoo, MI 49003-4068** | - | | | | | | **39,664.63** |
| Account No. **xxxx-xxxx4107** | | | discounting dining card | | | | |
| **Prime Card 21 SE First Avenue, 3rd Floor Miami, FL 33131** | - | | | | | | **0.00** |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,016.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3752** <br><br> **Prime Line Dist Inc** <br> **3850 N 29 Terr #106** <br> **Hollywood, FL 33020** | | - | | | | | | 727.83 |
| Account No. <br><br> **Prime Mechanical Services** <br> **1854 NW 21 St** <br> **Pompano Beach, FL 33069** | | - | | 9/2009 | | | | 162.50 |
| Account No. **xxxx4458** <br><br> **Protection One** <br> **PO Box 49292** <br> **Wichita, KS 67201-9292** | | - | | 9/9 - 2/2010 | | | | 287.30 |
| Account No. **xxxxxxxxxxxxx3028** <br><br> **RBC Bank** <br> **PO Box 1070** <br> **Charlotte, NC 28201-1070** | | - | | line of credit | | | | 39,568.80 |
| Account No. **xxxx-xxxx-xxxx-4260** <br><br> **RBC Bank** <br> **PO Box 2857** <br> **Rocky Mount, NC 27802-2857** | X | - | | credit card | | | | 7,163.52 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,909.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Cha-Cha-Cha, Inc._____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7447**  Restaurant Beverage Service 20219 NE 15 Ct Miami, FL 33179 | - | 6/9-9/9 | | | | | | 507.00 |
| Account No. **73346**  Restaurant Technology 12962 Collections Center Dr Chicago, IL 60693 | - | 2008 | | | | | | 7,354.15 |
| Account No.  Romar Custom Designs 6278 N Federal Hwy #632 Fort Lauderdale, FL 33308 | - | 4/2009 | | | | | | 1,329.46 |
| Account No.  Rothstein Rosenfeld Adler PA c/o Herbert Stettin Trustee 2 S Biscayne Blvd #3700 Miami, FL 33131 | - | alleged attorney's fees | | | X | X | X | 5,687.23 |
| Account No.  Rothstein Rosenfeldt Adler c/o Herbert Stettin Trustee 2 S Biscayne Blvd #3700 Miami, FL 33131 | - | alleged attorneys fees | | | X | X | X | 1,085.49 |

Sheet no. __16__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,963.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged Attorney fees | | | | |
| Rothstein Rosenfeldt Adler PA c/o Herbert Stettin Trustee 2 S Biscayne Blvd #3700 Miami, FL 33131 | - | | | | X | X | X | 7,675.30 |
| Account No. | | | | loans | | | | |
| Rothstein Rosenfeldt Adler PA Herbert Stettin Trustee 2 S Biscayne Blvd #3700 Miami, FL 33131 | - | | | | X | X | X | Unknown |
| Account No. | | | | unknown alledged attorney's fees | | | | |
| Rothstein Rosenfeldt Adler PA Herbert Stettin Trustee 2 S Biscayne Blvd #3700 Miami, FL 33131 | - | | | | X | X | X | 0.00 |
| Account No. | | | | note payable | | | | |
| Rothstein, Scott c/o Allison W. Lehr Esq Asst U.S. Attorney 99 NE 4 St Miami, FL 33132-2111 | - | | | | X | X | X | 780,177.89 |
| Account No. | | | | Scott Rothstein and all of his related entities | | | | |
| Rothstein, Scott c/o Allison W. Lehr, Esq Asst U.S. Attorney 99 NE 4 St Miami, FL 33132-2111 | - | | | | X | X | X | 0.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              787,853.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cha-Cha-Cha, Inc.**                     ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 6/2008 | | | | | |
| **Russell Joseph Studio** **605 Oaks Dr Apt 408** **Pompano Beach, FL 33069** | - | | | | | | | 2,626.49 |
| Account No. **xxxxxxx39QB** | | | 12/2008 | | | | | |
| **Safeguard Business Systems** **305 Fellowship Rd #100** **PO Box 5471** **Mount Laurel, NJ 08054** | - | | | | | | | 194.32 |
| Account No. | | | | | | | | |
| **Seven C's Linen Service** **657 SW 9th Terr** **Pompano Beach, FL 33069** | - | | | | | | | 9,522.48 |
| Account No. **xxxxxx5007** | | | SBA Loan | | | | | |
| **Small Business Administration** **801 Tom Martin Drive #120** **Birmingham, AL 35211** | - | | | | | | | 50,795.00 |
| Account No. **xxxxxx1474** | | | NOTICE ONLY: Colleciton Agency for Small Business Adm | | | | | |
| **Small Business Administration** **c/o U.S. Dept of Treasury** **Debt Management Services** **PO Box 830794** **Birmingham, AL 35283-0794** | - | | | | | | | 0.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **63,138.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cha-Cha-Cha, Inc.**                                          Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1474** | | | - | | NOTICE ONLY - Collection Agency for SBA | | | | |
| **Small Business Administration c/o Linebarger Goggan Blair PO Box 3585 Houston, TX 77253-3585** | | | | | | | | | **0.00** |
| Account No. **xxxxxx1474** | | | - | | NOTICE ONLY:  Collection Agency for SBA | | | | |
| **Small Business Administration U.S. Dept of Treasury Debt Management Services PO Box 830794 Birmingham, AL 35283-0794** | | | | | | | | | **0.00** |
| Account No. | | | - | | 4/2008 | | | | |
| **Studio K Architects 4800 N Federal Hwy #104A Boca Raton, FL 33431** | | | | | | | | | **480.00** |
| Account No. **xxxx6614** | | | - | | 7/09 & 8/09 | | | | |
| **Sun Sentinel PO Box 100606 Atlanta, GA 30384-0606** | | | | | | | | | **3,263.85** |
| Account No. **xx0866** | X | | - | | 12/14/09 promissory note | | | | |
| **Sysco Southeast Florida LLC 1999 Martin Luther King Blvd West Palm Beach, FL 33404** | | | | | | | | | **52,777.27** |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **56,521.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cha-Cha-Cha, Inc.** _____,    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | loan | | | | | |
| Tony Bova 3320 Saint Charles Circle Boca Raton, FL 33434 | | - | | | | | | 36,080.55 |
| Account No. | | | 10/09 | | | | | |
| Tribune Company Ron Ostis 435 N Michigan Ave #300 Chicago, IL 60611 | | - | | | | | | 11,365.00 |
| Account No. **xx2711** | | | | | | | | |
| Unifirst Corp 500 SW 13 Terr Pompano Beach, FL 33069 | | - | | | | | X | 6,791.09 |
| Account No. | | | all claims made by U.S. Government in Scott Rothstein matter | | | | | |
| Unitd States Government Tax Division PO Box 14198 Ben Franklin Station Washington, DC 20044 | | - | | | X | X | X | 0.00 |
| Account No. | | | all claims made by U.S. Government related to Scott Rothstein | | | | | |
| United States Government c/o U.S. Attorney Grisel Alonso, Esq 99 NE 4 Street #300 Miami, FL 33132 | | - | | | X | X | X | 0.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,236.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cha-Cha-Cha, Inc.**                                             ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No.<br><br>**United States Government**<br>**U.S. Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530-0001** | | - | | **all claims made by the U.S. Government regarding Scott Rothstein** | X | X | X | 0.00 |
| Account No. **xxx7407**<br><br>**Verzaal Farm & Supplies**<br>**PO Box 6206**<br>**Delray Beach, FL 33482** | | - | | **7/09 - 10/09** | | | | 1,650.00 |
| Account No.<br><br>**Waste Management**<br>**c/o RMS**<br>**PO Box 509**<br>**Richfield, OH 44286** | | - | | | | | | 547.58 |
| Account No. **xxxxxxxxxx-xxxx-x & xxxxxx0224**<br><br>**Waste Management Palm Bch**<br>**PO Box 9001054**<br>**Louisville, KY 40290-1054** | | - | | **2006 & 2008** | | | | 1,615.94 |
| Account No.<br><br>**William Kostinden**<br>**William Kostinden Produce**<br>**8 D Carnation Cir**<br>**MA 01967** | X | - | | **5/20/2008**<br>**produce, lawsuit settlement** | | | | 6,824.50 |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 10,638.02 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,545,326.71 |

B6G (Official Form 6G) (12/07)

.

In re   **Cha-Cha-Cha, Inc.**                                                                     ,         Case No. _____

_____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Avaya**<br>**PO Box 550599**<br>**Jacksonville, FL 32255-0599** | **master equipment lease X661291** |
| **Ecolab Inc**<br>**7373 Kirkwood Ct #200**<br>**Osseo, MN 55369** | **lease of dishwasher** |
| **First Funds LLC**<br>**As Assignee of American Capital Advance**<br>**Joseph Sussman Esq**<br>**132 W 31 St #1502**<br>**New York, NY 10001** | **Purchase and Sale of Future Receivables Agreement re future credit card receivables, Purchase Price $225,000, 5/13/08,** |
| **JP Morgan Chase Bank**<br>**265 Broadhollow Rd**<br>**Melville, NY 11747** | **Merchant Card Processing Agreement, 6/26/2009** |
| **Patrick Bova**<br>**Route 4 Box 415**<br>**Industrial Park**<br>**Soperton, GA 30457** | **Commercial lease for debtor's business premises at 1450 North Federal Hwy, Boca Raton, FL , 6/1/2006  (Lease has been terminated).** |
| **US Bank-American Equip Finance**<br>**Manifest Funding Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | **Contract No. 6000052122-000, Lease #660115 (originally with American Equipment Finance, 8/28/2006, 48 months at $1528.11 per month, expires 11/10** |
| **Wells Fargo-Amano Business Credit**<br>**fka Amano Business Credit**<br>**MACF4031-050**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | **Equipment Lease Agreement CC0705, 8/2005, cameras, Dell Operating System, 60 months at $1164.97 per month, expires 7/10** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Cha-Cha-Cha, Inc.**                                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Anthony & Laurie Bova | Ludlow Traditions Inc<br>211 NW 5 Ave<br>Boca Raton, FL 33432 |
| Anthony Bova<br>3320 Saint Charles Cir<br>Boca Raton, FL 33434 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0005 |
| Anthony Bova | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0007 |
| Anthony Bova | First Funds LLC<br>240 W 35th St, 14th FL<br>New York, NY 10001 |
| Anthony Bova | William Kostinden<br>William Kostinden Produce<br>8 D Carnation Cir<br>  MA 01967 |
| Anthony Bova | Wells Fargo Financial<br>365 West Passaic St<br>Rochelle Park, NJ 07662 |
| Anthony Bova | PNC Bank fka National City<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 |
| Anthony Bova | RBC Bank<br>PO Box 2857<br>Rocky Mount, NC 27802-2857 |
| Anthony Bova | Fresh Point<br>2300 NW 19 St<br>Miami Beach, FL 33139 |
| Anthony Bova | First Funds LLC<br>240 W 35 St, 14th Floor<br>New York, NY 10001 |
| Anthony Bova | Sysco Southeast Florida LLC<br>1999 Martin Luther King Blvd<br>West Palm Beach, FL 33404 |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re  **Cha-Cha-Cha, Inc.**                                                                ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony Bova** | **US Bank- fka American Equip Finance**<br>**Manifest Funding Services**<br>**PO box 790448**<br>**Saint Louis, MO 63179-0448** |
| **Anthony Bova** | **WAWW, LLC**<br>**c/o Allison W Lehr Esq**<br>**Asst U.S. Attorney**<br>**99 NE 4 St**<br>**Miami, FL 33132-2111** |
| **Anthony Bova** | **WAWW, LLC**<br>**c/o Allison W Lehr Esq**<br>**Asst U.S. Attorney**<br>**99 NE 4 St**<br>**Miami, FL 33132-2111** |
| **Anthony Bova** | **Alfred Bova**<br>**112 County Club Rd**<br>**Avon, CT 06001** |
| **Anthony Bova** | **Bank of America**<br>**PO Box 660576**<br>**Dallas, TX 75266-0576** |
| **TB 22 Mario's Inc**<br>**1901 N. Military Tr**<br>**Boca Raton, FL 33431** | **Jerry & Joe's Marketplace**<br>**d/b/a Oceanside Produce Co**<br>**Jonathan Berkowitz Esq**<br>**PO Box 13146**<br>**North Palm Beach, FL 33408-7146** |
| **TB 22 Mario's Inc** | **William Kostinden**<br>**William Kostinden Produce**<br>**8 D Carnation Cir**<br>**  MA 01967** |
| **TB22 Mario's Inc** | **WAWW, LLC**<br>**c/o Allison W Lehr Esq**<br>**Asst U.S. Attorney**<br>**99 NE 4 St**<br>**Miami, FL 33132-2111** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

4/08/10 12:32PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Cha-Cha-Cha, Inc.**                           Case No. _____

                                 Debtor(s)               Chapter     **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **52**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 7, 2010** _____         Signature     **/s/ Anthony Bova** _____

                                                        **Anthony Bova**

                                                          **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Cha-Cha-Cha, Inc.**            Case No.                   

                                         Debtor(s)        Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$0.00** | **2010** | **Sales** |
| **$2,434,618.78** | **2009** | **Sales** |
| **$3,747,593.00** | **Sales** | **2008** |
| **$4,866,140.00** | **2007** | **Sales** |
| **$5,171,177.00** | **2006** | **Sales** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Pinnacle Business Finance 5407  12th St #A Tacoma, WA 98424** | **2/26/2010** | **$8,750.00** | **$0.00** |

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Domingo Barrera d/b/a Boca Produce vs Cha Cha Cha Inc, Case No. 502008CC006857XXXXMBRJ** | **collection** | **County Court in and for Palm Beach County** | **Final Default Judgemetn 9/17/08** |
| **The GAB Group Inc vs Bova Ristorante, LLC, Case No. 502009SC06097XXXXSB** | **collection** | **County Court, Palm Beach County** | **satisfied** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jerry & Joe's Marketplace Inc dba Oceanside Produce Co. vs Cha Cha Cha Inc, TB 22 mario's Inc. and Anthony Bova, Case No. 50-2009 CA 005712 MB AB** | **PACA - Perishable Agricultural Commodities Act 1930** | **Circuit Court of 15th Judicial Circuit, in and for Palm Beach County, FL** | **settlement** |
| **William Kostinden vs. TB 22 Mario's Inc d/b/a Mario's of Boca and Bova Restaurant, LLC, Case No. 502009 CA 019481XXXX MR AI** | **collection** | **Circuit Court in and for Palm Beach County, FL** | **settled - monthly payments** |
| **First Funds LLC vs ChaChaCha Inc, Anthony Bova, Case No. 1:09CV05399DAB** | **collection** | **US District Court for Southern District of New York** | **pending** |
| **Southeast Fish Company vs Cha Cha Cha Inc, Case No. 09-9556** | **collection** | **County Court in and for Broward County, FL** | **settled - case dismissed 10/26/09** |
| **First Funds LLC vs Cha Cha Cha Inc d/b/a Bova Ristorante and Anthony Bova, Case No. 105646/09** | **collection** | **Supreme Court of State of New York, County of New York** | **stipulation for settlement** |

None
☐　　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The GAB Group Inc 95 S Federal Hwy #201 Boca Raton, FL 33432** | **8/4/09** | **granished funds in bank accoun $5331. - settled in full, judgment satisfied** |

---

**5.  Repossessions, foreclosures and returns**

None
■　　List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■　　a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None | |
|---|---|
| ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

| None | |
|---|---|
| ☐ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **March of Dimes** | **none** | **5/1/2009** | **gift card $267.25** |

---

### 8. Losses

| None | |
|---|---|
| ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert C. Furr, Esq.**<br>**Furr and Cohen PA**<br>**2255 Glades Road #337W**<br>**Boca Raton, FL 33431** | **3/4/2010   Josephine Bova** | **$15,000.00** |

---

### 10. Other transfers

| None | |
|---|---|
| ☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **None** | | **meat, seafood, grocery items, dairy items, produce spoiled and thrown away after close of business in November** |
| **Casa Casuarina LLC**<br>**1116 Ocean Dr**<br>**Miami Beach, FL 33139** | **10/28/09** | **wine inventory - value $11,970 sold to Casa Casuarina LLC** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **TB22 Mario's Inc d/b/a Bova Cucina 1901 N Military Tr, Boca Raton** | **11/20/09** | **wine inventory sold for $5636 to Bova Cucina** |

None

■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None

☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Mercantile Bank,** | **small business checking Acct #xxxx4336** | |
| **RBC Bank** | **business checking acct XXXXX1751** | |
| **PNC Bank** | **deposit acct to pay PNC loan payments Acct #xxxx6116** | **closed 10/30/09 - no balance** |

---

**12.  Safe deposit boxes**

None

■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None

☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Bova Prime 401 East Las Olas Blvd Fort Lauderdale, FL 33301** | **11/3/2009 - wine inventory with value of $63,041 delivered to Bova Prime LLC as set off against monies loaned to debtor** | **$63,041.00** |

---

**14.  Property held for another person**

None

☐    List all property owned by another person that the debtor holds or controls.

---

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Tony's Restaurant Distribution Services**<br>**1901 N Military Trail**<br>**Boca Raton, FL 33431** | **1996 GMC Truck VIN**<br>**#1GDHG31K51F502175** | **1450 N Federal Hwy, Boca Raton, FL 33434** |
| **TB22 Mario's Inc dba Mario's of Boca** | | **1992 Wells Cargo Trailer**<br>**VIN#1WC200E28N1054695** |
| **Coca Cola Enterprises Inc** | **2 Coca Cola refrigerators** | **debtor's premises** |
| **Ecolab**<br>**7373 Kirkwood Court #200**<br>**Tallahassee, FL 32399** | **Dishwasher** | **debtor's premises** |
| **Farmer Brothers Coffee**<br>**PO Box 70819**<br>**Chicago, IL 60673-0819** | **coffee maker, coffee grinder and ice machine on loan** | **debtor's premises** |

---

**15.  Prior address of debtor**

None<br>■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None<br>■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None<br>■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None<br>■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cha-Cha-Cha, Inc** | **xxxxx7825** | **dba Bova Ristorante dba Mario's Tuscan Grill 1450 N Federal Hwy Boca Raton, FL 33432** | **restaurant** | **1/11/1994 to 10/17/09** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ornella Hernandez 19531 NE 21 St Miami, FL 33179** | **11/3/08 to present** |
| **Suzy Yaeger 10933 Chandler Dr Hollywood, FL 33026** | **11/3/08 to current** |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Berenfeld Spritzer Shechter**<br>**401 E Las Olas Blvd #1090**<br>**Fort Lauderdale, FL 33301** | **2007, 2008,   tax returns** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ornella Hernandez** | |
| **Suzy Yaeger** | |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **10/20/2009** | **Robert Damante, Gen Mgr** | **Food $17,137.45 cost, Beverage $122,627.65 cost** |
| **10/1/2009** | **Robert Damante, Gen Mgr** | **Food $17,428 cost; Beverage $131,500 cost** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **10/20/2009** | **Ornella Hernandez** |
| **10/1/2009** | **Ordella Hernandez** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| --- | --- |
| ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Anthony Bova**<br>**3320 Saint Charles Cir**<br>**Boca Raton, FL 33434** | **President** | **50%  100 shares, tenants by entirety**<br>**with Laurie Bova** |
| **BOVRI LLC - Scott Rothstein**<br>**c/o Allison W. Lehr, Esq**<br>**Asst U.S. Attorney**<br>**99 NE 4 St**<br>**Miami, FL 33132** | **CEO/shareholder** | **50% 100 shares** |
| **David Boden**<br>**Herbert Stettin Trustee**<br>**2 S. Biscayne Blvd #3700**<br>**Miami, FL 33131** | **Vice President** | |
| **Laurie Bova** | **Secretary** | |
| **Debra Villegas** | **treasurer** | |

---

### 22 . Former partners, officers, directors and shareholders

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| --- | --- |
| ■ | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| --- | --- |
| ☐ | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Scott Rothstein** | **CEO** | **incarcerated** |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

| None | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
| --- | --- |
| ☐ | |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Anthony Bova**<br><br>    **shareholder** | **8.31/2009 - repayment of loan** | **$13,674.00** |
| **Ornella Hernandez**<br><br>    **accountant** | **7/13/2009 - repayment of loan** | **$9,915.00** |

---

### 24. Tax Consolidation Group.

| None | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |
| --- | --- |
| ■ | |

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None  ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April  7, 2010**                          Signature   **/s/ Anthony Bova**

                                                                 **Anthony Bova**
                                                                 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re  **Cha-Cha-Cha, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 7, 2010**

**/s/ Anthony Bova**

**Anthony Bova/President**
Signer/Title

Alfred Bova
112 County Club Rd
Avon, CT 06001


All Clear Technologies
2300 Glades Rd #360W
Boca Raton, FL 33431


All On Stage Productions
c/o Tim A Shane Esq
621 NW 53 ST #420
Boca Raton, FL 33487


American Equipment Finance
1450 Channel Pkwy
Marshall, MN 56258


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0007


Angelo Castricone
5620 Coach House Cir
Boca Raton, FL 33486


Anthony Bova
3320 Saint Charles Cir
Boca Raton, FL 33434


ASCAP-RMS
1250 E Diehl Rd #300
PO Box 3099
Naperville, IL 60563


AT&T 0459
PO 105262
Atlanta, GA 30348-5262


AT&T Business Services
PO Box 105262
Atlanta, GA 30348-5262


Atlantic Coast Fire Equipment
3123 NW 73 St #B
Miami, FL 33147

Avaya
PO Box 550599
Jacksonville, FL 32255-0599


Avaya Fin Services
BancTec Payment Processing
2100 Corporate Dr
Addison, IL 60101


Avaya Financial Services
PO Box 465
Livingston, NJ 07039


Avaya Financial Services
PO Box 550599
Jacksonville, FL 32255-0599


Avaya Financial Services
ABC Collections
1100 Main St
Buffalo, NY 14209-2356


Bange Roofing
3694 23rd Ave #6
Lake Worth, FL 33461


Bank of America
PO Box 660576
Dallas, TX 75266-0576


Bell South Advertising
PO Box 105024
Atlanta, GA 30348-5024


Berenfeld Spritzer Shecter Sheer
2525 Ponce De Leon Blvd
Miami, FL 33134


Boca Raton Decorating
2363 N Federal Hwy
Boca Raton, FL 33431

Boca Raton Police Dept
c/o Officer David Skrabec
100 NW 2 Ave
Boca Raton, FL 33432


BOVRI, LLC
c/o Allison W. Lehr, Esq
Asst U.S. Attorney
99 NE 4 Street
Miami, FL 33132-2111


Brown Distributing
c/o Glen J. Torcivia Esq
701 Northpoint Pkwy #209
Fredericksburg, VA 22407-1590


Brown Distributing Company
1300 Allendale Rd
West Palm Beach, FL 33405


CBS Outdoor
185 US Highway 46
Fairfield, NJ 07004


Cheney Brothers Inc
One Cheney Way
West Palm Beach, FL 33404


Christmas Designers
3124 NW 16 Terr
Joe Campbell
Pompano Beach, FL 33064


Circle Generator Service
P O Box 21002
Fort Lauderdale, FL 33335


City of Boca Raton
201 W Palmetto Park Rd
Boca Raton, FL 33432


City of Boca Raton-Utilities
P O Box 533503
Atlanta, GA 30353-3503

Clovis Caribe
865 Rich Dr #107
Deerfield Beach, FL 33441


Concierge Choice
12790 NW 73 St
Parkland, FL 33076


Cusanos Italian Bakery
217 NW 5 Ave
Hallandale, FL 33009


Dade Paper Co So Florida
PO Box 523666
Miami, FL 33152


Darling International
1360 Industrial Park Road
Mulberry, FL 33860


Dell Financial Services
Payment Processing Ctr
P O Box 5292
Carol Stream, IL 60197-5292


Department of Treasury
Financial Management Services
Birmingham, AL 35283-0794


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Direct TV
PO Box 60036
Los Angeles, CA 90060-0038


Domingo Barrera d/b/a Boca  Produce
c/o Richard E. Tetamar Esq
823 E Hillsboro Blvd
Deerfield Beach, FL 33441

Domingo Barrera d/b/a Boca Produce
c/o Richard Retamar Esq
823 E Hillsboro Blvd
Deerfield Beach, FL 33441


Domingo Barrera d/b/a Boca Produce
55 SW 2 Ave #105
Boca Raton, FL 33432


Ecolab Inc
Receivables Control Corp
7373 Kirkwood Ct #200
Osseo, MN 55369


Ecolab Inc
7373 Kirkwood Ct #200
Osseo, MN 55369


Ecolab Pest Elimination
Receivables Control Corp
7372 Kirkwood Ct #200
Osseo, MN 55369


Farmer Brothers Coffee
PO Box 70819
Chicago, IL 60673-0819


First Funds LLC
240 W 35th St, 14th FL
New York, NY 10001


First Funds LLC
As Assignee of American Capital Advance
Joseph Sussman Esq
132 W 31 St #1502
New York, NY 10001


Florida Public Utilities
PO Box 7005
Marianna, FL 32447-7005


Florida's Finest Seafood Co
3628 NW 16 St
Fort Lauderdale, FL 33311

Focus Four LLC
dba Muzak of WPB
PO Box 534558
Atlanta, GA 30353-4588


Fresh Point
2300 NW 19 St
Miami Beach, FL 33139


Fresh Point
c/o Thomas Ringel Esq
9130 S Dadeland Blvd #1225
Miami, FL 33156-7849


GAB Group Affidavit
ON Stage Productions Inc
61` NW 53 St #420
Boca Raton, FL 33487


Gourmet Foods Int'l
GFI Pompano Beach
1100 NW 33 St
Pompano Beach, FL 33064


Grand Cru Coffees LLC
3370 Hidden Bay Dr #3111
Miami, FL 33180


Greenspoon Marder, PA
100 W Cypress Creek Rd #700
Fort Lauderdale, FL 33309


Hood Depot Inc
13630 SW 32 Way
Deerfield Beach, FL 33442-8110


IGT Services Inc
600 NE 36 St
Miami, FL 33137


Ikon Office Solutions
PO Box 532530
Atlanta, GA 30353-2530

Internal Revenue Service
POB 21126
Philadelphia, PA 19114


Jerry & Joe's Marketplace
d/b/a Oceanside Produce Co
Jonathan Berkowitz Esq
PO Box 13146
North Palm Beach, FL 33408-7146


Joe Hillman Plumbers
2280 SW 70 Ave #1-2
Fort Lauderdale, FL 33317


John Michalak
7782 Hoff Circle
Lake Worth, FL 33467


Johnny Rameriz Productions
8570 NW 25 Ct
Fort Lauderdale, FL 33322


JP Morgan Chase Bank
265 Broadhollow Rd
Melville, NY 11747


K & G Brothers
1604 NW 34 Terr
Fort Lauderdale, FL 33311


Kimley Horn & Associates
PO Box 932520
Atlanta, GA


KIP Hunter Marketing LLC
401 East Las Olas Blvd #2270
Fort Lauderdale, FL 33301


Les Fleurs D'Almir
464 E Palmetto Park Rd
Boca Raton, FL 33432


Light Bulbs Unlimited
2273 N Federal Hwy
Boca Raton, FL 33431

Ludlow Traditions Inc
211 NW 5 Ave
Boca Raton, FL 33432


Ludlow Traditions Inc
c/o Michael J. Higer Esq
18305 Biscayne Blvd #402
North Miami Beach, FL 33160


Matteis & Christopher
29 SE 5 St
Boca Raton, FL 33432


Maximum Entertainment
David John
12310 NW 25 St
Pompano Beach, FL 33065


Muzak of West Palm Beach
c/o Commerical Service Group
11603 Shelbyville Rd #3
Louisville, KY 40243


Neotec Pest Elimination
PO Box 7616
Jupiter, FL 33468


Nespresso Professional
PO Box 2425
Carol Stream, IL 60132


Open Table-CST Co Collections
CST Building
PO Box 33127
Louisville, KY 40232-3127


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Panache - An Event Rental Co
2009 NW 25 Ave
Pompano Beach, FL 33069

Patrick Bova
Route 4 Box 415
Industrial Park
Soperton, GA 30457


Pinnacle Hospitality Serv
2001 W Cypress Creek Rd
Fort Lauderdale, FL 33309


Playboy Enterprises
Publishing Div
2126 Paysphere Cir
Chicago, IL 60674


PNC Bank
Customer Loan Center
Mailstop P5PCLC02 R
2730 Liberty Ave
Pittsburgh, PA 15222


PNC Bank
PO Box 1220
Rocky Mount, NC 27802


PNC Bank
PO Box 856177
Louisville, KY 40285-6177


PNC Bank fka National City
PO Box 3429
Pittsburgh, PA 15230-3429


PNC Bank/National City Bank
PO Box 4068
Kalamazoo, MI 49003-4068


PNC Bank/National City Bank
23000 Millcreek Blvd
Beachwood, OH 44122


Prime Card
21 SE First Avenue, 3rd Floor
Miami, FL 33131

Prime Line Dist Inc
3850 N 29 Terr #106
Hollywood, FL 33020


Prime Mechanical Services
1854 NW 21 St
Pompano Beach, FL 33069


Protection One
PO Box 49292
Wichita, KS 67201-9292


RBC Bank
PO Box 2857
Rocky Mount, NC 27802-2857


RBC Bank
PO Box 2155
Rocky Mount, NC 27802


RBC Bank
Bankcard Services
PO Box 1070
Charlotte, NC 28201-1070


Restaurant Beverage Service
20219 NE 15 Ct
Miami, FL 33179


Restaurant Technology
12962 Collections Center Dr
Chicago, IL 60693


Romar Custom Designs
6278 N Federal Hwy #632
Fort Lauderdale, FL 33308


Rothstein  Rosenfeldt Adler PA
c/o Grisel Alonso
Asst U.S. Attorney
99 NE 4 St #300
Miami, FL 33132

Rothstein Rosenfeld Adler PA
c/o Herbert Stettin Trustee
2 S Biscayne Blvd #3700
Miami, FL 33131


Rothstein Rosenfeldt Adler
c/o Herbert Stettin Trustee
2 S Biscayne Blvd #3700
Miami, FL 33131


Rothstein Rosenfeldt Adler PA
c/o Herbert Stettin Trustee
2 S Biscayne Blvd #3700
Miami, FL 33131


Rothstein, Scott
c/o Allison W. Lehr, Esq
Asst U.S. Attorney
99 NE 4 St
Miami, FL 33132-2111


Russell Joseph Studio
605 Oaks Dr Apt 408
Pompano Beach, FL 33069


Safeguard Business Systems
305 Fellowship Rd #100
PO Box 5471
Mount Laurel, NJ 08054


Scott Rothstein
c/o Office of Attorney General
U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001


Seven C's Linen Service
657 SW 9th Terr
Pompano Beach, FL 33069


Small Business Adm
US Dept of Treasury FMS
Debt Management Services
PO Box 70950
Birmingham, AL 35283-0794

Small Business Adm
Linebarger Googan Blair
PO Box 70955
Charlotte, NC 28272-0955


Small Business Administration
801 Tom Martin Drive #120
Birmingham, AL 35211


Small Business Administration
c/o U.S. Dept of Treasury
Debt Management Services
PO Box 830794
Birmingham, AL 35283-0794


Small Business Administration
c/o Linebarger Goggan Blair
PO Box 3585
Houston, TX 77253-3585


Studio K Architects
4800 N Federal Hwy #104A
Boca Raton, FL 33431


Sun Sentinel
PO Box 100606
Atlanta, GA 30384-0606


Sysco Southeast Florida LLC
1999 Martin Luther King Blvd
West Palm Beach, FL 33404


TB 22 Mario's Inc
1901 N. Military Tr
Boca Raton, FL 33431


Tony Bova
3320 Saint Charles Circle
Boca Raton, FL 33434


Tribune Company
Ron Ostis
435 N Michigan Ave #300
Chicago, IL 60611

U.S. Bancorp
PO Box 580337
Minneapolis, MN 55458-0337


Unifirst Corp
500 SW 13 Terr
Pompano Beach, FL 33069


UniFirst Corp
c/o Coface Collections N America
PO Box 8510
Metairie, LA 70011-8510


Unitd States Government
Tax Disivion
PO Box 14198
Ben Franklin Station
Washington, DC 20044


United States Government
c/o U.S. Attorney
Grisel Alonso, Esq
99 NE 4 Street #300
Miami, FL 33132


United States Government
U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001


US Bank- fka American Equip Finance
Manifest Funding Services
PO box 790448
Saint Louis, MO 63179-0448


US Bank-American Equip Finance
Manifest Funding Services
PO Box 790448
Saint Louis, MO 63179-0448


Verzaal Farm & Supplies
PO Box 6206
Delray Beach, FL 33482

Waste Management
c/o RMS
PO Box 509
Richfield, OH 44286


Waste Management Palm Bch
PO Box 9001054
Louisville, KY 40290-1054


WAWW, LLC
c/o Allison W Lehr Esq
Asst U.S. Attorney
99 NE 4 St
Miami, FL 33132-2111


Wells Fargo Equipment Leasing
365 W Passaic St
Rochelle Park, NJ 07662


Wells Fargo Financial
365 West Passaic St
Rochelle Park, NJ 07662


Wells Fargo Financial
MAC F4031-050
800 Walnut St
Des Moines, IA 50309


Wells Fargo-Amano Business Credit
fka Amano Business Credit
MACF4031-050
800 Walnut St
Des Moines, IA 50309


William Kostinden
William Kostinden Produce
8 D Carnation Cir
MA 01967


William Kostinden
c/o Thomas J Maccari Esq
7700 Congress Ave #1133
Boca Raton, FL 33487